■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EON SHEPHERD, Appellant. [716 NYS2d 899] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 26, 1999 (*People v Shepherd,* 260 AD2d 649), affirming a judgment of the Supreme Court, Richmond County, rendered September 5, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., Sullivan, Friedmann and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD STEINBERG, Appellant. [716 NYS2d 604] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 30, 1998 (*People v Steinberg,* 255 AD2d 609), affirming a judgment of the Supreme Court, Kings County, rendered July 28, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Sullivan, Krausman and Florio, JJ., concur.